ATLANTIC COAST LINE R. CO. v. MEINHARD, SCHAUL & CO.

ATKINSON, J. 1. For the value of goods sold and consigned to a vendee, and lost in transit by a common carrier, a right of action exists in the vendor against the carrier, who had receipted the vendor for them and recited in the receipt that the goods were "to be delivered . . without unnecessary delay" to the vendee, although the vendee may have paid for the goods and the freight thereon.

2. The ruling just announced results from the general rule that a consignor who has no title to the goods lost may maintain an action for breach of the contract of carriage. See, on the general subject, C. & A. R. Co. v. Shea, 66 Ill. (Freeman) 472 (5); Great Western R. Co. v. McComas, 33 Ill. (Freeman) 185; *Carter* v. *Southern Ry. Co.*, 111 *Ga.*

38 (36 S. E. 308, 50 L. R. A. 354) ; *Southern Ry. Co.* v. *Johnson*, 2 *Ga. App.* 36 (58 S. E. 333) ; Ross v. Chicago, R. I. & P. R. Co., 119 Mo. App. 290 (95 S. W. 977) ; Hooper v. Chicago & N. W. Ry. Co., 27 Wis. 81 (9 Am. R. 439).

*Judgment affirmed. All the Justices concur.*

Argued June 17,—Decided December 24, 1909.

Action for damages. Before Judge Charlton. Chatham superior court. October 26, 1908.

*Garrard & Meldrim* and *Shelby Myrick,* for plaintiff in error.

*R. R. Richards,* contra.